LAW LIBRARY

NO. 28010

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FILED
2010 APR 27 AM 8:51
JEAN R. KIKUMURA
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

COMMUNICATIONS-PACIFIC, INC., Petitioner/Plaintiff-Appellant,

vs.

CITY AND COUNTY OF HONOLULU; MARY PATRICIA WATERHOUSE,
Director of the Department of Budget and Fiscal Services
and Chief Procurement Officer, in her official capacity;
TORU HAMAYASU, Chief Planner, Transportation Planning
Division, Department of Transportation Services and
Acting Deputy Director of the Department of
Transportation Services, in his official capacity,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 05-1-2249)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Plaintiff-Appellant Communications-Pacific,
Inc.'s application for writ of certiorari filed on March 16,
2010, is hereby rejected.

DATED: Honolulu, Hawai'i, April 27, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Associate Justice

Terry E. Thomason,
Corianne W. Lau, and
Shannon M.I. Lau
Alston Hunt Floyd & Ing
on the application for
petitioner/plaintiff-
appellant.

Bert t. Kobayashi, Jr.,
and Bruce Nakamura
on the response for
respondents/defendants-
appellees.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.